The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| STEPHANIE M. GAMBINI, | ) |
| | ) NO. C03-5459 RBL |
| Plaintiff, | ) |
| | ) ORDER |
| vs. | ) EXTENDING DEADLINE TO |
| | ) DISCLOSE EXPERT |
| TOTAL RENAL CARE, INC., dba | ) WITNESSES AND EXPERT |
| DaVita, Inc., a California corporation, | ) REPORTS PURSUANT TO |
| | ) RULE 26(a)(2)(A) and (B) |
| Defendant. | ) |
| | ) |

This matter, having come before the Court on the Stipulation of the parties, and good cause having been shown,

IT IS HEREBY ORDERED that the deadline for disclosure of expert witnesses and submission of expert reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) & (B) shall be extended to September 11, 2007. The deadline for completing discovery related to expert witnesses is extended to

September 30, 2007. All other discovery shall be completed by August 17, 2007 pursuant to this Court's June 19, 2007 Scheduling Order.

Dated this 2nd day of July, 2007.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

FRANK FREED SUBIT & THOMAS, LLP


By_/s/_____
    Michael C. Subit, WSBA #29189
    Sean M. Phelan, WSBA #27866
    Attorneys for Plaintiff


PATTERSON & BUCHANAN


By___/s/_____
    Patricia K. Buchanan, WSBA #19892
    Sean D. Jackson, WSBA #33615
    Attorneys for Defendant